**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | No. 3:17-md-02779-MAS-TJB |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in *Gentile v. Fieldturf USA Inc., et al.*, Civil Action No. 2:17-cv-00173-ES-SCM (D.N.J.), one of the seven class actions now part of this MDL, was entered (Dkt. No. 8); and

2. The admission Fee, in the amount of $150, pursuant to L. Civ.R. 101(c)(3), was paid to the Clerk of the Court (Docket Notation 01/23/2017).

s/ Michael Critchley
Michael Critchley, Sr., Esq.

PRO HAC VICE ATTORNEY INFORMATION
Name:       Steve W. Berman
Address:    Hagens Berman Sobol Shapiro LLP
            1918 8th Ave, Ste. 3300
            Seattle, WA 98101
e-Mail:     steve@hbsslaw.com