# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | **www.carellabyrne.com** | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | *CERTIFIED BY THE SUPREME COURT OF | MICHAEL CROSS |
| | BRIAN H. FENLON | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | +MEMBER FL BAR ONLY |

June 14, 2017

<u>VIA ECF</u>

The Honorable Michael A. Shipp, U.S.D.J.
United States Magistrate Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States Magistrate Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> Re: In re FieldTurf Artificial Turf Marketing and Sales Practices Litigation,
> No. 3:17-md-02779 (MAS)(TJB)
>
> *Township of Medford v. FieldTurf USA Inc., et al.*,
> No. 3: 17-cv-4338 (MAS)(TJB)

Dear Judges Shipp and Bongiovanni:

    We, along with our co-counsel, represent Plaintiff in related action *Township of Medford v. FieldTurf USA Inc., et al.*, 3: 17-cv-4338 (MAS)(TJB).  We write to join in the requests made by Defendants and plaintiffs in *Gentile*, *County of Hudson*, and *Ranney* to request an initial case management conference in this multidistrict proceeding to address the appointment of interim lead class counsel, the filing of a consolidated amended class complaint, and the establishment of dates for the Defendants' response to the consolidated amended class complaint.

    Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

Respectfully submitted,

June 14, 2017
Page 2

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc:     All counsel (via ECF and email)