CHRISTOPHER A. SEEGER
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL No.:3:17-md-02779-MAS-TJB <br><br> <u>CLASS ACTION</u> |
| Township of Medford, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIELDTURF USA INC., a Florida Corporation, FIELDTURF INC., a Canadian Corporation, TARKETT, INC., a Canadian Corporation, and FIELDTURF TARKETT SAS, a French Corporation,<br><br>Defendants. | Case No.: 3:17-cv-04338-MAS-TJB |

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JENNIFER R. SCULLION**

PLEASE TAKE NOTICE that on a time and date to be set by the Court, the undersigned counsel for Plaintiff will move in the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, New Jersey, for an Order pursuant to Local Civil Rules 7.1 (d) and 101.1 (c) granting admission *pro hac vice* to Jennifer R. Scullion in this action.

In support of the Motion, Plaintiff will rely on the Certifications of Christopher A. Seeger and Jennifer R. Scullion, which are attached.

A proposed form of Order accompanies this Motion.

Dated: June 16, 2017

   /s/ *Christopher A. Seeger*

Christopher A. Seeger
SEEGER WEISS LLP
550 Broad St. Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@sweegerweiss.com