SCOTT A. GEORGE
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL No.:3:17-md-02779-MAS-TJB<br><br>CLASS ACTION |
| Township of Medford, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIELDTURF USA INC., a Florida Corporation, FIELDTURF INC., a Canadian Corporation, TARKETT, INC., a Canadian Corporation, and FIELDTURF TARKETT SAS, a French Corporation,<br><br>Defendants. | Case No.: 3:17-cv-04338-MAS-TJB |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott A. George, Esq., of the law firm of Seeger Weiss LLP, hereby enters his appearance as an attorney for Plaintiff, Township of Medford, Individually and on Behalf of All Others Similarly Situated, in the above-captioned matter.

Dated: June 21, 2017

                                          /s/ *Scott A. George*
                                        Scott A. George
                                        SEEGER WEISS LLP

550 Broad St. Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
sgeorge@seegerweiss.com