SCOTT A. GEORGE
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ  07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL No.:3:17-md-02779-MAS-TJB <br><br> <u>CLASS ACTION</u> |
| Township of Medford, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIELDTURF USA INC., a Florida Corporation, FIELDTURF INC., a Canadian Corporation, TARKETT, INC., a Canadian Corporation, and FIELDTURF TARKETT SAS, a French Corporation, <br><br> Defendants. | Case No.: 3:17-cv-04338-MAS-TJB |

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, service of this *Notice of Appearance* was accomplished pursuant to the court's electronic filing procedures by filing this document through the ECF system.

Dated: June 21, 2017

                                                 /s/ *Scott A. George*
                                                Scott A. George
                                                SEEGER WEISS LLP

550 Broad St. Suite 920
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
sgeorge@seegerweiss.com