**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                                                 **DATE:** June 28, 2017

**JUDGES:** MICHAEL A. SHIPP, U.S.D.J.
          TONIANNE J. BONGIOVANNI, U.S.M.J.

**COURT REPORTER:** CATHY FORD

                                                                            **CIVIL #** 17-md-2779 (MAS)

**TITLE OF CASE:**

IN RE:    FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION

**APPEARANCES:**
See record.

**NATURE OF PROCEEDINGS:** IN-PERSON INITIAL CONFERENCE
In-Person Initial Conference held.
Correspondence as to the proposed leadership structure shall be filed by July 7, 2017.
Applications with respect to leadership positions and leadership structure, if applicable, shall be electronically filed by July 7, 2017; responses shall be filed by July 12, 2017.
Order to issue.

Time Commenced:  1:10 PM
Time Adjourned:   1:50 PM
Total Time:   40 min

                                                                            s/Gina Hernandez-Buckley
                                                                            DEPUTY CLERK