UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 17-2779 (MAS) (TJB) |

**REQUEST BY LOCAL CONSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE <u>ELECTRONIC NOTIFICATION</u>**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. Case Management Order No. 1, issued by the Court on June 20, 2017 [Docket No. 13], granted *pro hac vice* admission to any attorney admitted to practice and in good standing in any United States District Court.

>  */s/ Jeffrey A. Beer Jr.*
> Jeffrey A. Beer Jr.
> Riker Danzig Scherer Hyland Perretti LLP
> One Speedwell Avenue
> Morristown, New Jersey 07962
> Telephone: (973) 538-0800
> Facismile: (973) 538-1984
> Email: jbeer@riker.com
>
> Attorneys for Plaintiffs, Borough of Carteret and State-Operated School District of the City of Newark

<u>PRO HAC VICE ATTORNEY INFORMATION</u>
Name:      Daniel Girard
Address:   GIRARD GIBBS LLP
           601 California Street, Suite 1400
           San Francisco, California 94108
e-Mail:    dcg@girardgibbs.com