# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**                                 **March 22, 2018**
**OFFICE**                                    **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                        **MD-17-2779 (MAS)**

IN RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION

**APPEARANCES:**

Christopher A. Seeger, Esq. on behalf of Plaintiffs
Jennifer R. Scullion, Esq. on behalf of Plainitffs
Michael Innes, Esq. on behalf of Plaintiffs
Adam Moskowitz, Esq. on behalf of Plaintiffs
Donald Eckland, Esq. on behalf of Plaintiffs
Howard Bushman, Esq. on behalf of Plaintiffs
Peter Lindborg, Esq. on behalf of Plaintiffs
Chris Ayers, Esq. on behalf of Plaintiffs
Gavin Rooney, Esq. on behalf of Defendants
Robert Atkins, Esq. on behalf of Defendants

**NATURE OF PROCEEDING:**    TELEPHONE CONFERENCE

Telephone conference held regarding discovery issues.
Decision reserved.

TIME COMMENCED: 11:45am                  s/ Mark Morelli
TIME ADJOURNED:    12:30pm                  Deputy Clerk
TOTAL TIME: 45 Minutes