**Christopher B. Healy, Esq. (NJ Bar # 013212005)**
**BATHGATE, WEGENER & WOLF, PC**
One Airport Road
Lakewood, NJ 08701
(732) 363-0666
Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | No. 3:17-md-02779-MAS-TJB |

### NOTICE TO WITHDRAW FROM NOTICE OF ELECTRONIC FILING

    Request is hereby made that Christopher B. Healy, Esq. (chealy@bathweg.com) of Bathgate, Wegener & Wolf, PC be withdrawn from future notices of electronic filing.

                                              */s/ Christopher B. Healy*_____
                                              CHRISTOPHER B. HEALY, ESQ.