# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | www.carellabyrne.com | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

March 30, 2018

<u>VIA ECF</u>

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

   Re: *In re FieldTurf Artificial Turf Marketing and Sales Practices Litigation*
     Case No. 3:17-md-02779-MAS-TJB

Dear Judge Bongiovanni:

  We are Plaintiffs' Liaison Counsel in the above-referenced litigation, and we write on behalf of all parties. In accordance with the Court's March 22, 2018 direction, the parties have conferred further and are making progress toward narrowing/resolving the discovery issues before the Court (ECF 86, 87, & 97), but would like additional time to continue discussions, especially in light of the holiday. We will report back to the Court by Wednesday, April 4, 2018, as to the status of our efforts.

  The parties are available at the Court's convenience to address any issues raised by this letter. Thank you for your kind consideration in advance.

           Respectfully submitted,

           CARELLA, BYRNE, CECCHI,
           OLSTEIN, BRODY & AGNELLO, P.C.

           /s/ James E. Cecchi

           JAMES E. CECCHI

cc: All Counsel of Record (via ECF)