# SEEGERWEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA

October 2, 2018

The Honorable Michael A. Shipp
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re: *In re FieldTurf Artificial Turf Marketing and Sales Practices Litigation*,**
      **No. 3:17-md-02779 (MAS)(TJB)**

Dear Judge Shipp:

      We are Co-Lead Counsel for the Class Plaintiffs in the above-referenced litigation. We write to resolve a clerical error in connection with the filing of Class Plaintiffs' Second Consolidated Amended Class Action Complaint ("SAC") [Dkt No. 120].

      On October 1, 2018, Class Plaintiffs filed the SAC by ECF. When uploading the document to the ECF system, Class Plaintiffs inadvertently "clicked" on certain parties who are not class representatives, which resulted in those additional parties being listed as "filers" of the SAC on the ECF system. We spoke with the Clerk's office this morning and alerted them of the clerical error. In an effort to correct the error, the Clerk's office inadvertently removed the additional parties from the docket entirely, instead of editing the docket text for Dkt. No. 120 to remove the additional parties as "filers" for the SAC.

      The Clerk's office requested we write to Your Honor to order correction of the docket as follows:

      Only the following seven (7) Named Plaintiffs should be listed as filers of the SAC, Dkt. No. 120:

- BOROUGH OF CARTERET,
- THE CITY OF FREMONT
- COUNTY OF HUDSON
- LEVITTOWN UNION FREE SCHOOL DISTRICT
- NESHANNOCK TOWNSHIP SCHOOL DISTRICT
- STATE-OPERATED SCHOOL DISTRICT OF THE CITY OF NEWARK
- SANTA YNEZ VALLEY UNION HIGH SCHOOL DISTRICT

      The following parties should not be listed as filers of the SAC, Dkt. No. 120, but should remain (or be reinstated) as additional parties on the docket:

- NEW CASTLE SCHOOL DISTRICT
- BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,

# SEEGERWEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA

- PAJARO VALLEY UNIFIED SCHOOL DISTRICT (PVUSD),
- CHEROKEE CENTRAL SCHOOLS
- CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT
- LAKE TAHOE UNIFIED SCHOOL DISTRICT
- RICHARD GENTILE
- LAKEVIEW DAY CAMP
- RANNEY SCHOOL
- THE PAW, INC

If Your Honor has any questions or requires any additional information on this matter, please let us know.

Respectfully submitted,

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100
cseeger@seegerweiss.com