# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:17-md-02779-MAS-TJB<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>Electronically Filed<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DATE: September 5, 2023** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING THE RESOLUTION OF THEIR RULE 23(f) PETITION FOR PERMISSION TO APPEAL, AND IF PERMITTED TO APPEAL, CONTINUANCE OF THE STAY UNTIL THE APPEAL IS ADJUDICATED**

Upon consideration of Defendants' Motion to Stay Proceedings Pending the Resolution of Their Rule 23(f) Petition for Permission to Appeal, and if Permitted to Appeal, Continuance of the Stay Until the Appeal is Adjudicated, all papers filed in support and in opposition, and all other pleadings and arguments,

IT IS HEREBY ORDERED that this action is STAYED pending the Third Circuit's decision on Defendants' Rule 23(f) Petition, and if the Petition is granted, this action will remain stayed until the appeal is fully adjudicated before the Third Circuit.

**SO ORDERED.**

Dated:_____         _____
                                                                                                 Honorable Michael A. Shipp
                                                                                                 United States District Judge