## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 2779<br><br>CIVIL ACTION NO. 3:17-MD-02779-MAS-TJB |

### NOTICE OF MOTION SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before the United States District Court of New Jersey, before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order Granting Preliminary Approval of the Class Action Settlement.

Dated: May 3, 2024

Respectfully submitted,

*s/ James E. Cecchi*
James E. Cecchi
Michael A. Innes
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
*Liaison Counsel for Plaintiffs*

*s/ Adam M. Moskowitz*
Adam M. Moskowitz
Howard M. Bushman
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: 305-740-1423
adam@moskowitz-law.com
howard@moskowitz-law.com
*Co-Lead Counsel for Plaintiffs*

*s/ Christopher A. Seeger*
Christopher A. Seeger
Jennifer R. Scullion
Christopher L. Ayers
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com
jscullion@seegerweiss.com
cayers@seegerweiss.com
*Co-Lead Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing was filed May 3, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

<u>*s/ James E. Cecchi*</u>
James E. Cecchi