# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FIELDTURF ARTIFICIAL TURF SALES AND MARKETING PRACTICES LITIGATION | MDL NO. 2779<br><br>Civil Action No. 17-MD-02779 MAS TJB |

## CLASS COUNSEL'S NOTICE OF MOTION
## FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Class Counsel will move before the Honorable Michael A. Shipp, U.S.D.J. at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse located at 402 East State Street, Trenton, NJ 08608, at a date and time to be determined by the Court for an order granting Plaintiffs' Motion for Award of Legal Fees, Costs, and Service Awards.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of an unopposed order is submitted herewith.

Dated: September 24, 2024            Respectfully submitted,

                                                        *s/ Jennifer R. Scullion*
                                                        Christopher A. Seeger
                                                        Jennifer R. Scullion
                                                        Christopher L. Ayers
                                                        **SEEGER WEISS LLP**

55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com
jscullion@seegerweiss.com
cayers@seegerweiss.com
*Co-Lead Counsel for Plaintiffs*


*s/ Adam M. Moskowitz*
Adam M. Moskowitz
Howard M. Bushman
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: 305-740-1423
adam@moskowitz-law.com
howard@moskowitz-law.com
*Co-Lead Counsel for Plaintiffs*

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2024, a copy of this Motion along with all supporting documents were electronically filed with the Clerk of Court using the CM/ECF system. An electronic version of Plaintiffs' Motion and supporting documents was sent by email to the following counsel of record:

Diane P. Sullivan
Konrad Cailteux
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish St., Suite 201
Princeton, NJ 08542
Tel: 609-986-1120
Diane.Sullivan@weil.com
konrad.cailteux@weil.com

*Counsel for FieldTurf*

Reid Skibell
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
(212) 970-1600
rskibell@glennagre.com

*Counsel for FieldTurf*

By: *s/ Jennifer R. Scullion*
Jennifer R. Scullion