# EXHIBIT 1

# IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION TIME REPORT

**SEEGER WEISS**

| Name | Total Hours | Current Hourly Rate | Lodestar |
|---|---|---|---|
| Adam Isaacson (PA) | 59.20 | $395.00 | $23,384.00 |
| Amy Fratkin (A) | 362.00 | $500.00 | $181,000.00 |
| Amy Sanchez (PA) | 5.90 | $395.00 | $2,330.50 |
| Asa R. Danes (A) | 107.30 | $775.00 | $83,157.50 |
| Ben Haas (PA) | 3.80 | $325.00 | $1,235.00 |
| Caleb Seeley (P) | 39.30 | $1,025.00 | $40,282.50 |
| Caroline Choe (PA) | 1.00 | $215.00 | $215.00 |
| Christopher A. Seeger (P) | 5.00 | $1,395.00 | $6,975.00 |
| Christopher Ayers (P) | 2,162.50 | $1,075.00 | $2,324,687.50 |
| Darryl Bailey (PA) | 1.00 | $215.00 | $215.00 |
| David Tawil (A) | 154.80 | $825.00 | $127,710.00 |
| Denis Carey (A) | 484.50 | $525.00 | $254,362.50 |
| Elina Rakhlin (A) | 96.00 | $375.00 | $36,000.00 |
| Erica Kubly (A) | 29.50 | $825.00 | $24,337.50 |
| Hillary Fidler (A) | 16.40 | $595.00 | $9,758.00 |
| Jennifer Scullion (P) | 1,339.60 | $1,275.00 | $1,707,990.00 |
| Jerry Neiman (A) | 13.00 | $475.00 | $6,175.00 |
| Kseniya Lezhnev (A) | 243.40 | $495.00 | $120,483.00 |
| Laura Muldowney (A) | 784.10 | $525.00 | $411,652.50 |
| Leslie Kramer (PA) | 8.00 | $295.00 | $2,360.00 |
| Margaret Hernandez (PA) | 14.50 | $275.00 | $3,987.50 |
| Mia Bornstein (LS) | 19.50 | $250.00 | $4,875.00 |
| Nigel Halliday (A) | 132.50 | $825.00 | $109,312.50 |
| Oneil Bryan (PA) | 3.50 | $395.00 | $1,382.50 |
| Sabrina Tyjer (PA) | 2,287.90 | $395.00 | $903,720.50 |
| Samara K Weiss (PA) | 21.50 | $215.00 | $4,622.50 |
| Scott George (P) | 152.20 | $975.00 | $148,395.00 |
| Scott Siegel (PA) | 6.00 | $325.00 | $1,950.00 |
| Steven Daroci (P) | 3.50 | $975.00 | $3,412.50 |
| Will Wong (PA) | 26.10 | $215.00 | $5,611.50 |
| **Total** | **8583.5** | | **$6,551,579** |

Partner (P)
Paralegal (PA)
Associate (A)
Law student (LS)