# EXHIBIT 2

# IN RE FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION EXPENSES REPORT

FIRM NAME: **SEEGER WEISS**

REPORTING PERIOD: Inception through September 3, 2024

| DESCRIPTION | CUMULATIVE EXPENSES |
|---|---|
| Transportation | 7,179.01 |
| Copying/Printing Services | 17,909.05 |
| Computer Services | 71,368.07 |
| Court Filing Fees | 150.00 |
| Deposition Transcripts | 5,332.97 |
| Consulting Related To Discovery | 12,098.22 |
| Expert Reports | 49,000.00 |
| Federal Express | 895.05 |
| Hotels | 2,760.36 |
| Professional/Legal Service/Fees | 206,328.97 |
| Litigation Fund | 210,000.00 |
| Meals | 2,908.11 |
| Process Server Fees | 1,724.65 |
| Research | 2,079.45 |
| Software | 69,633.03 |
| Telephone | 199.90 |
| Transcripts | 18.00 |
| Travel Insurance | 1,023.98 |
| Video Reproduction Fees | 8,326.31 |
| **TOTAL EXPENSES** | **668,935.13** |