# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 2779<br><br>CIVIL ACTION NO. 3:17-MD-02779-MAS-TJB |

## DECLARATION OF JAMES E. CECCHI FILED ON BEHALF OF CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C., IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, James E. Cecchi, Esq. declare as follows:

1. I am a member of the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (the "Firm"). I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action ("the Action").

2. I am Liaison Counsel for plaintiffs.

3. The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4. The number of hours spent on the litigation by my Firm is 5,395.80. The lodestar amount for attorney/paraprofessional time based on the Firm's current rates is $3,679,967.50. The hourly rates are consistent with hourly rates submitted by the Firm in other class action litigations. The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side. For personnel who are no longer employed by the Firm, the rate used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with the Firm. A breakdown of the lodestar for *In*

*Re: Fieldturf Artificial Turf Marketing And Sales Practices Litigation*, No. 17-MD-2779 is provided in Exhibit A. The chart set forth as Exhibit A was prepared from contemporaneous daily time records maintained by the Firm.

5.  My Firm seeks an award of $ 32,938.22 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in the attached Exhibit B.

6.  The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records, and other documents and are an accurate record of the expenses.

7.  My firm also contributed $191,583.00 to the litigation expense fund for certain common expenses in connection with the prosecution of this Action. Those contributions are also summarized in the attached Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2024, at Roseland, NJ.

_____
JAMES E. CECCHI