# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 2779<br><br>Civil Action No. 3:17-MD-02779-MAS-TJB |

## PLAINTIFFS' NOTICE OF FILING DECLARATION OF CAMERON R. AZARI, ESQ. ON NOTICE PROGRAM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby give notice of filing the attached Declaration of Cameron Azari, Esq. on Implementation and Adequacy of Notice Program dated October 30, 2024 (attached as **Exhibit 1).**

Dated: November 4, 2024

Respectfully submitted,

*s/ Jennifer R. Scullion*
Christopher A. Seeger
Jennifer R. Scullion
Christopher L. Ayers
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Tel: 973-639-9100
cseeger@seegerweiss.com
jscullion@seegerweiss.com
cayers@seegerweiss.com
*Co-Lead Counsel for Plaintiffs*


*s/ Adam M. Moskowitz*
Adam M. Moskowitz
Howard M. Bushman

**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: 305-740-1423
adam@moskowitz-law.com
howard@moskowitz-law.com
*Co-Lead Counsel for Plaintiffs*

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed November 4, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Jennifer R. Scullion*
Jennifer R. Scullion