UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: FIELDTURF ARTIFICIAL TURF MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 3:17-md-2779 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

This matter comes before the Court upon The Moskowitz Law Firm, PLLC's ("Moskowitz Firm") request that the Court temporarily stay the arbitration proceeding styled *Bathgate, Wegener & Wolf, PC v. Moskowitz Law Firm, PLLC et al.* – JAMS Ref. No. 5425004015 ("JAMS Arbitration"), pending the Court's consideration of its Motion to Stay Arbitration (ECF No. 380) in this matter. (Sept. 5, 2025 letter, ECF No. 381.) Bathgate, Wegener & Wolf, PC opposed the request (Sept. 8, 2025 letter, ECF No. 384), and the Moskowitz Firm replied (Sept. 9, 2025 letter, ECF No. 387).

The documents submitted in connection with the request for a temporary stay reflect that JAMS sent a Commencement of Arbitration Notice to All Parties on June 13, 2025. (Commencement Letter, ECF No. 387-2.) The Moskowitz Firm, however, did not file its Motion to Stay Arbitration until September 2, 2025. (Motion to Stay, ECF No. 380.) Shortly later, on September 5, 5025, the Moskowitz Firm filed a request for a temporary stay. Based on the procedural posture of the current matter, the substantive posture of the JAMS matter, and the Court's consideration of the informal correspondence regarding the Moskowitz Firm's request for a temporary stay, the Court does not find good cause to temporarily stay the JAMS arbitration. The Court, nevertheless, will expedite the briefing schedule on the Motion to Stay Arbitration. Accordingly,

**IT IS** on this 12th day of September 2025, **ORDERED** that:

1. The Moskowitz Firm's informal letter request to temporarily stay the JAMS arbitration is **DENIED WITHOUT PREJUDICE**.[1]

2. Bathgate, Wegener & Wolf, PC must file its response to the Motion to Stay Arbitration (ECF No. 380) by **September 17, 2025**.

3. The Moskowitz Firm must file its reply by **September 24, 2025**.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Should the Moscowitz Firm wish to pursue the temporary stay of the JAMS arbitration pending the Court's decision on the Motion to Stay Arbitration, it must file an emergent motion that complies with the Federal Rules of Civil Procedure and the District Court of New Jersey's Local Civil Rules.